UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:22-cv-03451-DMG<br>2:16-bk-22878 | Date | June 17, 2022 |

Title  *In Re Debtor Kimberly Martin Bragg*

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings:   IN CHAMBERS – ORDER TO SHOW RE: DISMISSAL FOR LACK OF PROSECUTION**

The docket reflects that a bankruptcy appeal has been filed in the above-entitled action, but that appellant has not filed the required:

___   entered stamped copy of order, judgment, or decree,

___   statement of issues,

___   designation of record,

_x_   notice of transcripts, and

___   filing fee.

Appellant is Ordered to Show Cause no later than July 1, 2022, why the appeal should not be dismissed for these deficiencies. The Court may consider Appellant's filing of the missing required documents and fees to the Bankruptcy Court, along with a declaration of good cause for the delay, sufficient response to the order to show cause.

IT IS SO ORDERED.