UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 22-3451-DMG<br>2:16-bk-22878<br>2:22-ap-01058 | Date | August 16, 2022 |
|---|---|---|---|
| Title | *In Re: Debtor Kimberly Martin Bragg* | Page | 1 of 2 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT DISMISS APPEAL AND REMAND TO BANKRUPTCY COURT FOR VIOLATION OF THE NOTICE OF VEXATIOUS LITIGANT**

The matter is before the Court on Appellant Ivan Rene Moore's appeal from the Bankruptcy Court's May 9, 2022 Order denying his "Request for Evidentiary Hearing and/or Discovery." [Doc. # 1.]

On May 17, 2018, this Court entered an order declaring Appellant a vexatious litigant per Local Rule 83-8 and ordered that the Clerk was not to process any pleadings from Moore until that pleading had been screened by a judicial officer of this Court who approved the filing. *Moore v. Wells Fargo Bank, et al.*, C.D. Cal. Case No. CV 17-4828-ODW (GJS), Ord. Accepting Report and Recommendations of U.S. Magistrate Judge at 5 [Doc. # 35].

That Order states that "any case-initiating pleading submitted by [Moore]" raising any matters related to his prior disputes with Wells Fargo are "presumptively barred by reason of [Moore]'s vexatious litigant status and therefore will not be filed unless: [Moore] concurrently submits a motion seeking leave to file the pleading that sets forth adequate justification for its filing, . . . a District Judge or Magistrate Judge of this Court grants such leave," and he files a "copy of [the] Pre-Filing Order with any case-initiating pleading he proffers to this Court." *Id.* at 5.

Appellant's May 20, 2022 Notice of Appeal and accompanying case initiation documents did not follow the procedures required by the May 17, 2018 Vexatious Litigant Order. On June 1, 2022, Debtor Kimberly Barbour made a special appearance in this case to alert the Court of this violation. [Doc. # 6.]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 22-3451-DMG<br>2:16-bk-22878<br>2:22-ap-01058 | Date | August 16, 2022 |
|---|---|---|---|
| Title | *In Re: Debtor Kimberly Martin Bragg* | Page | 2 of 2 |

  Accordingly, **Appellant is ORDERED TO SHOW CAUSE** in writing no later than **August 30, 2022**, why this action should not be dismissed for violation of the Vexatious Litigant Order and remanded to the Bankruptcy Court. Appellant is advised that his failure to file a timely response to this Order shall be deemed his consent to the dismissal of these actions without prejudice.

**IT IS SO ORDERED.**